UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 3:16-CR-175 |
| : | |
| : | (JUDGE MANNION) |
| v. : | |
| : | |
| JAMES BAILEY-SNYDER, : | |
| : | |
| Defendant : | |

# O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendant's motion to dismiss the indictment, (Doc. 50), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 7, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2016 CRIMINAL MEMORANDA\16-175-01-Order.docx